AO 442 (REV. 12/85)

# United States District Court
## Western District of Texas
## El Paso Division

FILED
Nov 15 2019
Clerk, U.S. District Court
Western District of Texas

By: _CR_
Deputy

**USA**

vs.

**(1) CRISTIANO BARBOSA-DOS SANTOS**

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: **EP:19-M -09424(1)**
§
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 12, 2019** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: " *The DEFENDANT, Cristiano BARBOSA-Dos Santos, an alien to the United States and a citizen of Brazil was found near the intersection of Boone and Delta Street, approximately .85 miles east of the Bridge of the Americas in El Paso, Texas in* "

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Apodaca, Vanessa
Border Patrol Agent

November 15, 2019
File Date

at EL PASO, Texas
City and State

ANNE T. BERTON
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

**OATH TELEPHONICALLY SWORN
AT 1:17 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

**WESTERN DISTRICT OF TEXAS**

**(1) CRISTIANO BARBOSA-DOS SANTOS**

*FACTS   (CONTINUED)*

the Western District of Texas.  From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Brazil, without immigration documents allowing him to be or remain in the United States legally.  The Defendant has been previously removed from the United States to Brazil on January 19, 2017 through Atlanta, Georgia.  The Defendant has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been removed two times to Mexico.
On January 19, 2017, through ATLANTA, GA, AIRPORT
On October 19, 2019, through LOS ANGELES. CA**

CRIMINAL HISTORY:

**NONE**